ORIGINAL



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Daniel Carey, Robert Held, and Lloyd Hill, | § § § | |
| Plaintiffs, | § § | Case No. 4-03-CV-277-Y |
| vs. | § § | |
| Allied Pilots Association, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiffs Daniel Carey, Robert Held, and Lloyd Hill, having filed a notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is therefore

ORDERED ADJUDGED AND DECREED that this action is hereby dismissed without prejudice.

Signed: April 24 , 2003

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE